# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael B. Hari, | Case No. 19-cv-1330 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| James Stuart, et al., | |
| Defendants. | |

Michael B. Hari, Sherburne County Jail, 13880 Business Center Drive, Elk River, MN 55330 (pro se Plaintiff); and

Robert I. Yount, Anoka County Attorney's Office, Government Center, 2100 3rd Avenue, Suite 720, Anoka, MN 55303 (for Defendants).

On May 20, 2019, Plaintiff Michael B. Hari filed suit in this matter. (ECF No. 1). Defendants answered the complaint on September 4, 2019. (ECF No. 22). One week later, Hari filed a First Amended Civil Rights Complaint. (ECF No. 26). Just a few days after that, he submitted a second amended complaint, along with nearly 40 pages of supporting exhibits. (ECF No. 28). The Court has interpreted this as a request by Hari to file a second amended complaint.

The Federal Rules of Civil Procedure permit a party to amend its pleading once as a matter of course, so long as the amended pleading is filed within 21 days after service of a responsive pleading. Fed. R. Civ. P. 15(a)(1)(B). Otherwise, a party "may amend its pleading only with the opposing party's written consent" or by filing a formal motion for leave to amend. Fed. R. Civ. P. 15(a)(2). A party seeking to amend its complaint in this

1

District must also include with its motion a "copy of the proposed amended pleading" and "a version of the proposed amended pleading that shows – through redlining, underlining, strikeouts, or other similarly effective typographic methods – how the proposed amended pleading differs from the operative pleading." D. Minn. LR 15.1(b).

Hari filed his first amended complaint properly, as he submitted it within 21 days after Defendants served their answer. He did not, however, comply with the Federal Rules of Civil Procedure or this District's Local Rules when he file his second amended complaint. Nothing in Hari's proposed pleading indicates that opposing counsel consented to the filing of a second amended complaint. Nor did Hari file a formal motion seeking leave from the Court to amend. Furthermore, Hari did not include with his proposed second amended complaint a version of the proposed pleading that shows how it differs from the operative pleading.

Accordingly, the Court will reject Hari's proposed second amended complaint. Should Hari wish to amend his complaint again, he must do so in accordance with the Federal Rules of Civil Procedure and this District's Local Rules. The first amended complaint (ECF No. 26) shall remain the operative pleading in this matter.

Therefore, based upon the record, memoranda, and proceedings herein, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff Michael B. Hari's request to file a second amended complaint (ECF No. 28) is **DENIED**. Hari must file any amended complaint in compliance with the Federal Rules of Civil Procedure and this District's Local Rules. The First Amended Civil Rights Complaint (ECF No. 26) remains the operative pleading in this matter.

2. All prior consistent orders remain in full force and effect.

3. Failure to comply with any provision of this Order or any other prior consistent order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits, and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Date: September 16, 2019
        *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Hari v. Stuart, et al.*
Case No. 19-cv-1330 (ECT/TNL)